UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

| | |
|---|---|
| In re: Alonzo Tyler II | ) Case No. 15-11787 |
| Shawn Tyler | ) Chapter 13 Proceedings |
| Debtors | ) Judge Jessica E. Price Smith |

## TRUSTEE'S OBJECTION TO ALLOWANCE OF LATE-FILED COURT CLAIM NO. 28 FILED BY CUYAHOGA COUNTY TREASURER

    Now comes CRAIG SHOPNECK, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and hereby objects to the allowance of a claim, pursuant to 11 U.S.C. § 704(a)(5). The Trustee represents to the Court that Court Claim No. 28 filed by Cuyahoga County Treasurer appears to be improper, as this claim was filed on September 21, 2015, which was after the date claims are barred, that being August 11, 2015, according to Bankruptcy Rule 3002.

    Therefore, the Trustee respectfully requests that an Order be entered directing that Court Claim No. 28 be disallowed entirely.

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
ch13shopneck@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on October 5, 2015 a true and correct copy of this Objection to Claim was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Debra E Booher, on behalf of Shawn Tyler & Alonzo Tyler II, Debtors at Charlotte@Bankruptcyinfo.Com

And by regular U.S. mail, postage prepaid, on:

    Shawn Tyler & Alonzo Tyler II, Debtors, at 4512 Catlin Drive, Richmond Heights, OH 44143

    Cuyahoga County Treasurer, at 2079 East 9th Street, First Floor, Cleveland OH 44115

    /S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
(216) 621-4268

CS/bas
10/05/15