IN RE:                                                     Chapter 13
                                                                                  Case No. 15-11787

**Alonzo Tyler**
**Shawn Tyler**
       **Debtor (s)**                                                             **Judge Price Smith**

## DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS

Now come Debtors, by and through counsel, and respond as follows:

1. The claim rendering the plan infeasible is late and has not been allowed by the Court, and therefore, should not be paid by the trustee.

2. Without this claim, the plan remains feasible.

Wherefore, debtors pray this Court enter an order denying trustee's motion to dismiss and for such other relief as this Court deems just.

                                                                                       Respectfully submitted,

                                                                                       /s/ Debra Booher
                                                                                        Debra E. Booher (#0067804)
                                                                                        Attorneys for Debtor
                                                                                        1350 Portage Trail
                                                                                        Cuyahoga Falls, OH 44223
                                                                                        Tel (330) 253-1555
                                                                                        Fax (330) 253-1599
                                                                                        charlotte@bankruptcyinfo.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically transmitted on or about December 7, 2016 via this Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

U.S. Trustee at: (Registered address)@usdoj.gov
Trustee, Mr. Craig Shopneck at: ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com

                                                                                        /s/ Debra Booher
                                                                                        Debra E. Booher, #0067804