UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:

Alonzo Tyler
Shawn Tyler
    Debtor (s)

Chapter 13
Case No. 15-11787

Judge Price Smith

## NOTICE OF WITHDRAWAL OF CLAIMS

Please take notice that creditor, Plantation Resort of Myrtle Beach hereby withdraws claims 29 and 30.

Respectfully submitted,

**Becky Szuba**
Plantation Resort of Myrtle Beach Inc
Management Agent
Front Office

(843) 913-5049 Work
(843) 913-5002
1250 US Highway 17 N
Surfside Beach, Sc 29575
bszuba@plantationresort.com